UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
------------------------------------------------------------------ X
JULIE FERRO,

                         Plaintiff,               Civil Action No.: 20-cv-23449
                                                    (BB)(LFL)

      v.

DOCTORS HEALTHCARE PLANS, INC., and
RAFAEL PEREZ, in his individual and professional
capacities,

                        Defendants.
------------------------------------------------------------------ X

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND
TO FILE A SECOND AMENDED COMPLAINT TO INCLUDE RELATED CLAIMS**

Pursuant to Federal Rules of Civil Procedure 15 and 16, and Local Rule 15.1., Plaintiff Julie Ferro hereby moves for leave to file a Second Amended Complaint. A copy of the redlined Proposed Second Amended Complaint is attached as Exhibit A. Defendants do not oppose Plaintiff's proposed amendment. In support of the motion, Plaintiff states as follows:

1. At the time of the filing this action, Plaintiff noted that she would be filing a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") and the Florida Commission on Human Rights ("FCHR"), and after she exhausted her administrative remedies, she would seek to amend her Complaint to include claims under the Americans with Disabilities Act ("ADA"), Title VII of the Civil Right Act of 1964 ("Title VII") and the Florida Civil Rights Act ("FCRA"). Dkt. No. 1 at ¶¶ 21-24.

2. On March 1, 2021, the EEOC issued a Notice of Right to Sue, and by that date, more than 180 days had passed without there being a determination by the FCHR on whether reasonable cause exist.

3. Following receipt of the Notice of Right to Sue, Plaintiff conferred back and forth with Defendants' counsel about Defendants' position on the amendment, which Defendants initially opposed.

4. However, the parties were able to work out an agreement on the scope of the amendment and Defendants agreed not to oppose the motion.

5. As reflected in the redlined Proposed Second Amended Complaint, Plaintiff's claims under the ADA, Title VII and the FCRA arise from the same set of facts as Plaintiff's existing FMLA claims.

6. While the Order Setting Trial and Pre-Trial Schedule set January 11, 2021 for the deadline for motions to amend, good cause exists to extend this deadline because Plaintiff did not exhaust her administrative remedies until after this deadline.

7. The addition of the ADA, Title VII and FCRA claims are unlikely to delay discovery in this matter as the parties are still in the process of exchanging written discovery and the fact discovery deadline is August 10, 2021.

8. In addition, requiring Plaintiff to file a separate action for these claims would be duplicative and a waste of resources.

9. For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file the Proposed Second Amended Complaint.

Dated: April 14, 2021
       Plantation, Florida

**MORGAN & MORGAN, P.A.**

By: _____
    Bryan Arbeit, Bar No. 1010329

8151 Peters Rd, 4th Fl.
Plantation, FL 33324
Tel: (954) 694-9610
barbeit@forthepeople.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by ECF on April 13, 2021 on all counsel or parties of record on the Service List Below.

_____
Bryan Arbeit, Bar No. 1010329

## SERVICE LIST

Eric S. Boos, Esq.
eboos@shb.com
Daniel B. Rodgers, Esq.
drogers@shb.com
**SHOOK, HARDY & BACON LLP**
201 S. Biscayne Blvd, Suite 3200
Miami, FL. 33131
(305) 358-5171