# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23449-BLOOM/Louis

JULIE FERRO,

        Plaintiff,
  v.

DOCTORS HEALTHCARE PLANS, INC.,

        Defendant.
_____/

**[PROPOSED] VERDICT FORM**

**Do you find from a preponderance of the evidence:**

1. That Ms. Ferro had a "disability"?

        Answer Yes or No    _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Ms. Ferro was a "qualified individual"?

        Answer Yes or No    _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

1

3. That Doctors HealthCare Plans terminated Ms. Ferro's employment because of her disability?

      Answer Yes or No   _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Ms. Ferro should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

      Answer Yes or No   _____

      If your answer is "Yes,"
      in what amount?  $_____

5. That Ms. Ferro should be awarded damages to compensate for emotional pain and mental anguish?

      Answer Yes or No   _____

      If your answer is "Yes,"
      in what amount?  $_____

If you did not award damages in response to either Question Nos. 4 or 5, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If you awarded damages in response to Question Nos. 4 or 5 (or both), go to the next question.

6. Do you find from clear and convincing evidence that punitive damages should be assessed against Doctors HealthCare Plans?

        Answer Yes or No       _____

        If your answer is "Yes,"
in what amount?    $_____]

7. Do you find from a preponderance of the evidence that punitive damages should be assessed against Doctors HealthCare Plans?

        Answer Yes or No       _____

        If your answer is "Yes,"
in what amount?    $_____]

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _____